JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIANE KUBAT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**OLIVER ADJUSTMENT COMPANY, INC.,**<br><br>Defendant. | **Case No.:** CV14-9091 AB (JCx)<br><br>**PLAINTIFF DIANE KUBAT'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (A)**<br><br>**HON. ANDRE BIROTTE JR.** |

///
///
///

Plaintiff DIANE KUBAT ("Plaintiff") hereby moves to dismiss this action without prejudice.

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE. Each Party to bear its own attorneys' fees and costs.

Date: April 2, 2015            **KAZEROUNI LAW GROUP, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF, DIANE KUBAT

Date: April 7, 2015

By: _____
HONORABLE ANDRÉ BIROTTE JR.
U.S. DISTRICT COURT JUDGE